**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANTHONY FREEMAN,** : | |
| : | No. 3:CV-04-1226 |
| **Plaintiff** : | |
| : | (M. J. Smyser) |
| v. : | |
| : | |
| **WILLIAM MARTINEZ, et al.,** : | |
| : | |
| : | |
| **Defendants** : | **Electronically filed** |

**MEMORANDUM IN SUPPORT OF DEFENDANTS'
CROSS-MOTION FOR SUMMARY JUDGMENT**

**Argument**

For the reasons advanced in Defendants' Memorandum in Opposition to Plaintiff's Motion for Summary Judgment, plaintiff's motion should be denied and defendants' cross-motion for summary judgment should be granted.

**Conclusion**

Wherefore, summary judgment should be entered in favor of defendants.

Respectfully submitted,

THOMAS W. CORBETT, JR.
Attorney General

                By:    /s/ Gregory R. Neuhauser
                        GREGORY R. NEUHAUSER
                        Senior Deputy Attorney General

                        SUSAN J. FORNEY
                        Chief Deputy Attorney General
                        Chief, Litigation Section

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120
(717) 783-1471

Date:  March 18, 2005

## **CERTIFICATE OF SERVICE**

Gregory R. Neuhauser, Senior Deputy Attorney General, Commonwealth of Pennsylvania, hereby certifies that on March 18, 2005, he caused a copy of the foregoing **Memorandum in Support of Defendants' Cross-Motion for Summary Judgment** to be served by depositing it in the United States mail, first-class postage prepaid, at Harrisburg, Pennsylvania, addressed to the following:

Anthony Freeman, FH-2868
State Correctional Institution
P.O. Box 200
Camp Hill, PA  17001-0200

                                              /s/  Gregory R. Neuhauser
                                              GREGORY R. NEUHAUSER
                                              Senior Deputy Attorney General